**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Daniel AMAYA–RODRIGUEZ,**
**Defendant—Appellant.**

No. 05–50637.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Shakti Murthy, Esq., Santa Monica, CA, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Daniel Amaya–Rodriguez appeals from his conviction and 48–month sentence imposed following a guilty plea to being an illegal alien found in the United States after having been deported, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We decline to review Amaya–Rodriguez's ineffective assistance of counsel claim because such claims are generally inappropriate on direct appeal. *See United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003) (stating that ineffective assistance of counsel is more properly raised on collateral attack under 28 U.S.C. § 2255, unless the record is sufficiently developed or there is an obvious denial of adequate representation).

Amaya–Rodriguez's contention regarding *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is foreclosed. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005); *see also United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir.2006) (rejecting after *Shepard v. United States,* 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2005), the specific contention

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

that a section 1326(b) enhancement cannot be applied where the defendant did not admit the prior conviction during a guilty plea).

Counsel's motion to withdraw is granted.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.